IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ASHLEY DESHAWN CASS                                                        PLAINTIFF

v.                    CIVIL NO. 2:19-2103-MEF

ANDREW SAUL, Commissioner
Social Security Administration                                         DEFENDANT

**JUDGMENT**

For the reasons stated in the Court's Memorandum Opinion and Order, Defendant's Motion to Dismiss is hereby granted and the clerk is ordered to dismiss the Plaintiff's Complaint with prejudice.

IT IS SO ORDERED on this the 25th day of November, 2019.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE